JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-0049 AG (OPx) | Date | January 26, 2011 |
|---|---|---|---|
| Title | SERGIO FAURRIETA v. BAC HOME LOANS SERVICING, LP, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On January 10, 2011, this Court issued an Order Re: Pretrial Matters and the Federal Rules of Civil Procedure ("Pretrial Order").  The Court ordered Plaintiffs, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The Pretrial Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(Pretrial Order at ¶ 3.)

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-0049 AG (OPx) | Date | January 26, 2011 |
|---|---|---|---|
| Title | SERGIO FAURRIETA v. BAC HOME LOANS SERVICING, LP, et al. | | |

Plaintiffs have not filed the declaration required by the Pretrial Order. Accordingly, this case is DISMISSED without prejudice.

                                                        :   0

Initials of Preparer     lmb